# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

United States of America
v.
Oscar Andres LOPEZ-GOMEZ
a/k/a David Liciaga Alfonzo

*Defendant(s)*

Case No. 3:26-MJ-4 SJF

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 5, 2024 in the county of Elkhart in the Northern District of Indiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 42 U.S.C. § 408(a)(7)(B); | Use of a false social security number; |
| 18 U.S.C. § 1028(A); | Aggravated identity theft; |
| 18 U.S.C § 1015(e) | False claim to U.S. citizenship |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

Robert Crecelius
*Complainant's signature*

Robert Crecelius, SA, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by email transmission and telephonic confirmation.

Date: 01/08/2026

s/Scott J. Frankel
*Judge's signature*

City and state: South Bend, IN

Honorable Scott J. Frankel
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Robert Crecelius, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and have been employed with ATF since May of 2017. I am a "federal law enforcement officer" within the meaning of Section 2510(7) of Title 18, United States Code, that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant, and I am empowered by law to conduct criminal investigations and to make arrests for federal felony offenses. I am currently assigned to the South Bend Satellite Office in the Chicago Field Office. In this assignment, I investigate federal firearms related offenses, narcotic violations, and general crimes. In 2017, I attended the Federal Law Enforcement Training Center and graduated from the ATF Special Agent Basic Training as well as the Criminal Investigator Training Program. During my tenure as a Special Agent, I also have an ancillary duty of being a NEXUS expert pertaining to the identification and origin of firearms and ammunition. I have received extensive training related to the investigation of federal crimes, including violent crime and firearms offenses.

2. Prior to federal law enforcement, I was a police officer at the Portage Police Department in Portage, Indiana for approximately five years. I also previously worked as a police officer at the Valparaiso University Police Department for

approximately a year-and-a-half. Prior to federal law enforcement, I attended and graduated from the Northwest Indiana Law Enforcement Academy in 2009.

## BACKGROUND

3. My knowledge of the facts alleged in this affidavit arise from my personal participation and observations in this investigation, including an interview of the subject and information obtained from other federal law enforcement officers. Since this affidavit is being submitted to establish probable cause, I have not included every fact known to me or other investigators. Rather, I am only submitting the facts necessary to establish probable cause to believe that **Oscar Andres LOPEZ-GOMEZ a/k/a David Liciaga Alfonzo** has violated the following federal laws: use of a false social security number, in violation of 42 U.S.C. § 408(a)(7)(B); aggravated identity theft, in violation of 18 U.S.C. § 1028(A); and false claim to U.S. Citizenship, in violation of 18 U.S.C. § 1015(e).

## PROBABLE CAUSE

### I. Case Overview

4. In June 2025, the ATF initiated an investigation into Donald OBANDO-OBANDO a/k/a George Fernandez (hereinafter OBANDO) after receiving information that OBANDO was purchasing large quantities of firearms barrels from Anderson Manufacturing online (an online firearms firearms/parts/accessories business). In my law enforcement training and experience, I know that it is common for individuals involved in firearms trafficking to purchase large quantities of firearms parts for the purpose of manufacturing firearms without a license, or

purchasing the firearms/firearm parts on behalf of other people who may be prohibited to purchase/possess such items.

5. During this investigation, your affiant learned that OBANDO was not a United States citizen. Department of Homeland Security (DHS) records indicate OBANDO is a native and citizen of Nicaragua and was apprehended by U.S. Border Patrol in or around October 2021, at or near Weslaco, TX.

6. On October 1, 2025, your affiant conducted a recorded interview with OBANDO. ATF Special Agent Gabriel Garcia, who is bilingual and fluent in both English and Spanish, also participated in the interview for translation purposes as OBANDO spoke little English.

7. During the interview, OBANDO stated that a fellow employee who went by "Oscar"—later identified as **Oscar Andres LOPEZ-GOMEZ** (hereinafter LOPEZ-GOMEZ)—told OBANDO that he wanted to use OBANDO's debit card to purchase "tools". OBANDO's debit card, however, was used to purchase rifle barrels. OBANDO stated that he did not know his debit card was used to purchase the barrels.

8. OBANDO admitted to utilizing another person's social security number to work at Patrick Industries. OBANDO was subsequently arrested by your affiant for falsely representing another's social security number as his, in violation of 42 U.S.C. § 408(a)(7)(B). OBANDO has since pled guilty to the offense and is awaiting sentencing in the Northern District of Indiana.

9. On a later date, your affiant learned from banking records that a bank account belonging to LOPEZ-GOMEZ was used to purchase approximately

$18,536.95 in items from Anderson Manufacturing online during 8 separate transactions: 03/14/2023, 03/16/2023, 06/02/2023, 06/06/2023, 07/20/2023, 09/22/2023, and 11/30/2023. Days prior to each transaction, varying businesses and individuals sent money to LOPEZ-GOMEZ utilizing Zelle. Through law enforcement training and experience, your affiant knows that Zelle is an online payment platform that allows users to send/receive money between one another. Anderson Manufacturing has since dissolved as a company, and purchase receipts for the aforementioned 8 transactions are unobtainable through normal request channels.

10. During this investigation, your affiant learned that LOPEZ-GOMEZ was not a United States citizen. According to DHS records, LOPEZ-GOMEZ is a native and citizen of Colombia and was apprehended by U.S. Border Patrol in or around December 2021, at or near San Luis, Arizona. LOPEZ-GOMEZ has a removal case pending before the Executive Office for Immigration Review.

11. Furthermore, during this investigation, your affiant obtained LOPEZ-GOMEZ's Patrick Industries' employment file. Your affiant reviewed the documents contained in the file.

12. LOPEZ-GOMEZ's employment file includes certain documents LOPEZ-GOMEZ provided to his employer in March 2024, including: a Michigan ID card with LOPEZ-GOMEZ's picture but with the name David Liciaga-Alfonzo with date of birth (XX/XX/1986); and a social security card for David Liciaga-Alfonzo (XXXXXXX34). A search of law enforcement databases indicates the ID card is a fictitious identification card and was not issued by the Michigan Secretary of State. The date of birth on the

Michigan ID card and the social security number do not belong to LOPEZ-GOMEZ, and instead are the true personal identifiers for David Liciago-Alfonzo, who is a real person.

13. DHS records indicate, in or around February 2025, LOPEZ-GOMEZ received employment authorization from U.S. Citizenship and Immigration Services while his removal proceedings were pending. This was accompanied by a social security number issued to LOPEZ-GOMEZ (XXXXXXX31).

14. LOPEZ-GOMEZ's employment file also includes a United States of America Employment Authorization card, issued in February 2025, in LOPEZ-GOMEZ's true and correct name; LOPEZ-GOMEZ' true date of birth (XX/XX/1973); and a picture of LOPEZ-GOMEZ. DHS records indicate the employment authorization document is authentic. LOPEZ-GOMEZ's employment file also includes the social security card issued in February 2025 in LOPEZ-GOMEZ's true and correct name with the assigned social security number (XXXXXXX31), which differs from the social security card containing David Liciago-Alfonzo's information that LOPEZ-GOMEZ had previously used for employment in March 2024.

15. LOPEZ-GOMEZ's employment file also includes a Patrick Industries "SSN & IDENTITY CHANGE FORM" from August 2025. The form allows employees to submit change requests pertaining to their name, social security number, date of birth, and/or date of hire. Under the column titled "PRIOR", the information reflected David Liciaga Alfonzo's name, accompanying social security number and date of birth, and a date of hire in March 2024. Under the column titled "NEW", the

information reflected LOPEZ-GOMEZ's name, LOPEZ-GOMEZ's true date of birth (XX/XX/1973), the social security number LOPEZ-GOMEZ was issued in 2025, and a date of hire in August 2025.

## II. Additional facts related to Use of a False Social Security Number

16. On January 7, 2026, your affiant conducted a recorded interview of LOPEZ-GOMEZ (along with ATF Special Agent Alex Garcia-Ortiz who was present for translating purposes)[1]. During the interview, LOPEZ-GOMEZ admitted that he was using the name, social security number, and date of birth for David Liciaga-Alfonzo to be able to work at Patrick Industries in the United States and to receive payroll checks from his employer. When asked, LOPEZ-GOMEZ stated that he obtained the social security card and the Michigan ID card during certain transactions, which involved individuals from Colombia who fabricated the documents for him. LOPEZ-GOMEZ said he paid approximately $1,200.00 for David Liciago-Alfonzo's identity. LOPEZ-GOMEZ believed that Mr. Liciaga-Alfonzo's information belonged to a legitimate person because LOPEZ-GOMEZ believed that Patrick Industries conducted identity verification checks on their employees, and he would need legitimate identification information to pass such verification. When provided a picture of the actual Mr. Liciaga-Alfonzo, LOPEZ-GOMEZ said he did not know him, nor had he ever met him.

[1] Your affiant does not speak Spanish. The information contained in this affidavit related to LOPEZ-GOMEZ's statements are based on the translated information provided to your affiant from bilingual ATF Special Agent Alex Garcia-Ortiz.

17. Your affiant learned that the name David Liciaga Alfonzo with date of birth (XX/XX/1986) and social security number (XXXXXXX34) belong to an actual person who resides in the United States (and is not LOPEZ-GOMEZ).

## II. Additional facts related to Aggravated Identity Theft and False Claim to U.S. Citizenship

18. During the interview with LOPEZ-GOMEZ on January 7, 2026, your affiant provided LOPEZ-GOMEZ a U.S. Citizenship and Immigration Services (USCIS) Employment Eligibility Verification form (I-9) from LOPEZ-GOMEZ's employment file, which was dated in March 2024 and had Liciaga Alfonzo's information on it (including Liciaga Alfonzo's name, date of birth, and social security number). Furthermore, under the subsection labeled "check one of the following boxes to attest your citizenship or immigration status", the box marked "A lawful permanent resident" was originally checked. That answer was subsequently scratched out, and the box marked "A citizen of the United States" was marked with an "X" instead (and was likewise circled and initialed "DL"). Thus, LOPEZ-GOMEZ utilized Mr. Liciaga-Alfonzo's personal infromaton to profess he was an actual citizen of the United States, when in fact he was not.

19. During the interview, LOPEZ-GOMEZ admitted that he filled out the I-9 form with the false identification to gain employment and work at Patrick industries to obtain paychecks for his work there. LOPEZ-GOMEZ also confirmed he signed the form (with the name David Liciaga) and dated it March 5, 2024. LOPEZ-GOMEZ also wrote in his actual email address (oXXXXXXXXXXXXXXXXXz@gmail.com) on the form.

20. Your affiant reviewed a tax form W-4 with LOPEZ-GOMEZ, which was contained in LOPEZ-GOMEZ's employment file. The form listed Mr. Liciaga Alfonzo's name and social security number, but that had an address associated with LOPEZ-GOMEZ. When asked, LOPEZ-GOMEZ confirmed he filled out the form, signed it as Mr. Liciaga Alfonzo, and dated it March 5, 2024.

**III. Additional Information Obtained During the Interview**

21. During the interview with LOPEZ-GOMEZ, he confirmed that, in 2024, he requested OBANDO's debit card number. LOPEZ-GOMEZ also said that he asked for the information on behalf of his wife's cousin "Christian" so Christian could purchase items for his various companies.

22. LOPEZ-GOMEZ further explained that, in 2023, before he asked OBANDO for OBANDO's debit card information, Christian asked LOPEZ-GOMEZ if he could use LOPEZ-GOMEZ's bank account to purchase "items" for one of his businesses in Colombia. When your affiant inquired as to the types of businesses Christian has, LOPEZ-GOMEZ stated a potato farm, a type of recycling facility, and a business that sells air rifles/sporting rifles. LOPEZ-GOMEZ provided his debit card/bank information to Christian to purchase items online.

23. LOPEZ-GOMEZ explained that Christian would purchase the items with LOPEZ-GOMEZ' debit card information from his bank account. LOPEZ-GOMEZ also stated that though Christian made purchases with his approval, LOPEZ-GOMEZ did not know what Christian was buying. The packages that Christian purchased with LOPEZ-GOMEZ's debit card information would be sent to LOPEZ-

GOMEZ's house. LOPEZ-GOMEZ explained that when the packages arrived at his residence, he would not open them, but he would repackage them in other boxes and ship them to a cargo company in Miami, Florida, with pre-paid UPS labels Christian provided him. LOPEZ-GOMEZ said he believed the repackaged purchased items were ultimately destined for Christian in Bogota, Colombia, through the cargo company in Miami, Florida.

24. Initially, LOPEZ-GOMEZ said this activity ceased after Christian last used OBANDO's debit card around April 2024. During the interview, LOPEZ-GOMEZ consented to your affiant searching his cell phone. After receiving consent to search LOPEZ-GOMEZ's cell phone, your affiant observed evidence indicating that LOPEZ-GOMEZ's shipping activity extended beyond April 2024. Your affiant observed evidence indicated that, up until November 2025, LOPEZ-GOMEZ was receiving pre-paid UPS labels, for heavy weighing items, for the purpose of sending the items to the aforementioned cargo company in Miami, Florida. It appeared LOPEZ-GOMEZ received prepaid shipping labels to send heavy parcels (approximately 60-80 pounds), 1 to 2 times a month, for almost all of 2025.

25. LOPEZ-GOMEZ informed your affiant that Christian told him that he would see money coming into his bank account from various businesses/persons to backfill the funds Christian had used for the purchases he made from LOPEZ-GOMEZ's bank account. When asked, LOPEZ-GOMEZ believed these funds deposited in his account were from various illegitimate sources.

## IV. CONCLUSION

Based upon the information contained in this affidavit, I believe that there is probable cause to believe that **Oscar Andres LOPEZ-GOMEZ a/k/a David Liciaga Alfonzo,** has falsely represented another's social security number as his, in violation of 42 U.S.C. § 408(a)(7)(B); engaged in aggravated identity theft, in violation of 18 U.S.C. § 1028(A); and made a false claim to U.S. citizenship, in violation of 18 U.S.C § 1015(e)

*Robert Crecelius*
Special Agent Robert Crecelius
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me this 8th day of January 2026.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

s/Scott J. Frankel
Honorable Scott J. Frankel
Magistrate Judge
Northern District of Indiana